2:21-CV-8561-RGK-MAR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E TEMPE ST, LOS ANGELES, CA 90012

FILED
2021 OCT 29 AM 10: 56

Complaint

Curtis Adler
Vs.
Elon Musk,
Space X
Plaintiff Curtis Adler, 2150 Pickwick Dr 2771, Camarillo, CA 93011 (805) 392 0273
Defendants Elon Musk, 10911 Chalon Rd Los Angeles, CA 90077, 5845 Rr 14, Stargate, TX 78521 (310)497 7288
SpaceX, 1 Rocket Rd, Hawthorne, CA 90250 (310) 363 6000

I, the complainant in the case: state that the following is true. About the dates of July 27, 2019 to October 25, 2021 in the county of Los Angeles in the United States District Of California the defendants violated:
*Due to the advanced nature of the case: advanced nature being that satellite has not gone through the process of law. Federal codes of the United States existing are inadequate when describing satellite use therefore two codes were created.
1*Deprivation of seclusion with satellite
2*Deprivation of confidentiality with satellite
18 USC 245 Federally Protected Activities
88 USC 1801 Video Voyeurism
119 USC 2511 Interception and Disclosure of Wire, Oral, or Electronic Communications Prohibited
47 USC 1038 False Information and Hoaxes
110A USC 2251 Interstate Stalking

Basis For Jurisdiction: Federal Question

Statement Of Claim
The claim in this proceeding is made in reliance on the following facts.
1. Late August 2020, began a series of frightening encounters between C.Adler and E.Musk. E.Musk was furious about a secret relationship involving his baby's mother, Claire Boucher, a.k.a Grimes, and C.Adler. E.Musk approached C.Adler at confidential locations without consent which gave Adler a notion that he was being violated. E.Musk used SpaceX Satellites to persecute and keep tabs on as well. E.Musk several times threatened the use of guns and weapons against C.Adler. C.Adler attempts to contact law enforcement were denied through a phone invasion hack. This caused depression and

anxiety with suicide attempts. C.Adler received phone calls, text messages, and emails full of insults and degrading comments regarding his past life up to 17 years back all captured by satellites without consent. Interest in C.Adle'sr life and liberty has diminished since E.Musk began a barrage.

2. E.Musk has even gone to the more extreme, sending people unknown to C.Adler who also committed video voyeurism via satellites broadcast frequently to threaten and slander. With the use of satellite E.Musk deprives C.Adler from immunities secured by the constitution and laws. Irreparable injuries have been sustained. More information will be provided during the trial.
3. All C.Adler electronics such as cell phones and computers were invaded so communications to law enforcement were denied and that data wouldn't be stored.
4. Private information and algorithms involving time and hygiene were stolen by satellite when legitimate expectation of confidentiality was established.
5. After May 6,2002 at the SpaceX Headquarters in the state of California, Space X and CEO Elon Musk campaigned and advertised with deception regarding their product capabilities. The satellite communication constellation system created by E.Musk and SpaceX holds the undisclosed ability to capture and store images, actions, and communications; public and private; inside and out. This does more than threaten the life of C.Adler, due process is required. More information will be provided during the trial.

Particulars Of Breach
1. Use of Satellites to locate, harass, and oppress C.Adler.
2. Failure to disclose satellite constellation ability to capture images and communications inside and out; public and private.
3. Failure to gain permission from C.Adler to capture images and communications with satellites.
4. Failure to gain permission from.C.Adler when broadcasting images and communications via satellites.
5. Cyberbullying and Video voyeurism.
6. Harassment
7. Invasion of cell phones, computers, and cards by E.Musk against C.Adler.
8. Deprivation Of Seclusion With Satellite by E.Musk against C.Adler.
9. Deprivation Of Confidentiality With Satellite by E.Musk against C.Adler.

As a result of actions by E.Musk, C.Adler is deprived of immunities guaranteed by the constitution and is irreparably injured, will continue to suffer losses, pains, and damages.

Irreparable Injury
C.Adler has been irreparably injured. C.Adler attempted suicide multiple times after getting into a feud with E.Musk. E.Musk possessed an estimated 16 years of satellite image of C.Adler without consent. E.Musk used those images gathered to send a barrage of hellish insults and ridicule to C.Adler. E.Musk attempted murder of C.Adler mental health with the sights of insults

and images of his life's depressing moments. C.Adler feels extremely oppressed knowing that the guaranteed privileges as United States citizen are not upheld. E.Musk stole information, programs, and algorithms with high worth and even block attempts to contact law enforcement and this caused C.Adler tremendous loss and injuries. Injuries sustained were of the highest level of mental anguish. C.Adler is handicapped by E.Musk unprocessed power which is powered by satellites. C.Adler is deprived of seclusion and confidentiality secured by the constitution which is causing Irreparable and loss. More information will be provided during the trial.

Relief
C.Adler request that action take place to eliminate and prevent deprivation of constitutional immunities such as the right to be left alone and the right to be free from unwanted publicity. unpermitted image and communication capturing and broadcasting with satellite. C.Adler seeks a list of those who access satellites. C.Adler is suffering injuries like severe depression and high anxiety with four attempts of suicide. C.Adler rights as a United States citizens continue to be violated everyday, injuries are irreparable. C.Adler request $74,000 in punitive damages. Losing income after the satellite theft of information and algorithms involving time compensatory damages requested are $56,500. Without the relief damages are not sufficient. C.Adler doesn't not permit satellite broadcasting of his life. Upon the relief and damages requested being awarded C.Adler will be able to begin recovery.

Certification and Closing
Under Federal Rule Of Civil Procedure II, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of ligation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law: (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery' and (4) the complaint otherwises complies with the requirements of Rule II.

I agree to provide the clerk's office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with clerk's office may result in the dismissal of my case.

10/29/21

Curtis Adler

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E TEMPE ST, LOS ANGELES, CA 90012

CAUSE OF ACTION INTENTIONAL TORT

Deprivation Of Seclusion With Satellite

Satellite and its activity has not gone through the process of law. C.Adler is deprived of seclusion by E.Musk with a satellite network. C.Adler is E.Musk's target on satellite because the relationship previously held with Claire Boucher, a.k.a Grimes, Elon's son X AE V 12 mom, wife. Musk uses Space X Satellite to stalk Adler off grid. Several times Musk betrayed laws of the US and approach Adler without no strings attached to it. C.Adler told E.Musk everytime that it crosses his American protection of law to locate him off grid. After these incidents C.Adler developed severe anxiety leading to suicide attempts. E.Musk owes C.Adler damages in result of his illegal actions.

Evidence Attachment

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E TEMPE ST, LOS ANGELES,CA 90012

CAUSE OF ACTION INTENTIONAL TORT

Deprivation Of Confidentiality With Satellite

Satellite and its activity has not gone through the process of law. C.Adler is deprived of confidentiality by E.Musk with a satellite network. C.Adler became E.Musk's target on satellite because the relationship previously held with Claire Boucher,a.k.a Grimes,Elon's son X Æ A-12 mom, wife. E.Musk has used satellite to steal information such as algorithms, codes, programs and e.t.c without consent. C.Adler has not permitted E.Musk to look over his shoulder via satellite and steal hard earn information. The losses of confidentiality C.Adler has endured entitled him to compensation.

Evidence Attachment

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E TEMPE ST, LOS ANGELES, CA 90012

CAUSE OF ACTION INTENTIONAL TORT
18 USC 245 FEDERALLY PROTECTED ACTIVITIES

C.Adler cell phone was invaded by E.Musk who was able to block attempts to reach law enforcement. E.Musk also threatened C.Adler that seeking relief and justice wouldn't work out. C.Adler contemplated suicide and even had attempts because of the pressure the circumstance hold.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E TEMPE ST, LOS ANGELES, CA 90012

CAUSE OF ACTION INTENTIONAL TORT
88 USC 1801 VIDEO VOYEURISM

More information will be provided at trial.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E TEMPE ST, LOS ANGELES,CA 90012

CAUSE OF ACTION INTENTIONAL TORT

119 USC 2511 INTERCEPTION AND DISCLOSURE OF WIRE, ORAL, ELECTRONICS COMMUNICATIONS PROHIBITED

More information will be provided at trial.

Evidence Attachment

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E TEMPE ST, LOS ANGELES, CA 90012

CAUSE OF ACTION GENERAL NEGLIGENCE

47 USC 1038 FALSE INFORMATION AND HOAXES

More information will be provided at trial.

# Attachment




## C.Adler & C.Boucher at E.Musk residence 10911 Chalon



\* C.Adler was disrespected by E.Musk with interception of communications and phone invasion therefore more information will be provided at trial.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LETTER TO THE JUDGE WHOM THE FOLLOWING CASE CONCERNS

I, Curtis Adler, am a citizen of the United States, deprived of the privilege to be free from unwarranted publicity that is supposed to be secured by the constitution and laws. After getting into a feud with CEO Elon Musk of SpaceX; I established that my legitimate expectation of confidentiality is out the window. My right to be left alone is being violated through the use of Satellites. The constitution and laws are tarnished because Satellites have not gone under a legitimate investigation and due process. The interest in my life and liberty has diminished because of the use of Satellites created by Elon Musk and SpaceX thus filling the requirement for the provision of due process so that relief and damages.

10/29/2021

Curtis Adler