2:21-CV-8561-RGK-MAR

FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E TEMPE ST, LOS ANGELES, CA 90012

2021 OCT 29  AM 10: 57

U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY: ___KMH___

APPLICATION OF EX PARTE TO TEMPORARY RESTRAINING ORDER

The Marshalls should serve Elon Musk about all the following forms because the case is based on interstate stalking, federally protected activities, and crimes involving satellites. In addition it would not be safe to contact E.Musk without law enforcement.

Clerks Certificate

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E TEMPE ST, LOS ANGELES,CA 90012

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DECLARATION OF EX PARTE NO NOTICE GIVEN

I, Curtis Adler, declare that: no notice need be given, for the reasons that E.Musk has caused irreparable injuries through stalking, harassing, and more. E.Musk deprives C.Adler of the immunities such as to be free from unwanted publicity and the right to be left alone, both are suppose to be secured by the constitution and laws.

I declare that the above is true and correct and that I executed this declaration at United States District Court, 255 E Tempe St, Los Angeles,CA 90012.

Date   10/29/2021

Signature

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E TEMPE ST, LOS ANGELES,CA 90012

REQUEST FOR CIVIL HARASSMENT RESTRAINING ORDER

Person Seeking Protection
Curtis Adler, 26, 2150 Pickwick Dr 2771, Camarillo,CA 93011 (805) 392 0273
Person From Whom Protection Is Sought
Elon Musk,50, 10911 Chalon Rd, Los Angeles,CA,90077 5845 Rr 14, Starbase,TX 78521 (310)497 7288

Relationship Of Parties
C.Adler, 26, held a secret relationship with Claire Boucher,33, who is Elon Musk's son's X AE V 12 mother.

Description Of Harassment
Late August 2020, began a series of frightening encounters between C.Adler and E.Musk. E.Musk was furious about a secret relationship involving his baby's mother, Claire Boucher, a.k.a Grimes, and C.Adler.  E.Musk approached C.Adler at confidential locations without consent which gave Adler a notion that he was being violated. E.Musk used SpaceX Satellites to persecute and keep tabs on as well. E.Musk several times threatened the use of guns and weapons against C.Adler. C.Adler attempts to contact law enforcement were denied through a phone invasion hack. This caused depression and anxiety with suicide attempts. C.Adler recieved phone calls, text messages, and emails full of insults and degrading comments regarding his past life up to 17 years back all captured by satellites without consent. Interest in C.Adler life and liberty has diminished since E.Musk began a barrage.

May the court order E.Musk to not do any of the following:
    A. Capture, intercept, broadcast communications of C.Adler with satellite.
    B. Stalk, harass, intimidate, threaten, deprive of seclusion and confidentiality.
    C. Contact the person, either directly or indirectly, including sending people unknown to C.Adler.

May the court order E.Musk to stay 222 yards away from me.

E.Musk possesses better artillery than military and law enforcement agencies.

I apply ex parte for a request of a Temporary Restraining Order be issued against E.Musk and last til hearing.

The Marshalls should serve E.Musk about the orders for free because my request for order is based on stalking and e.t.c. Irreparable injuries have occurred.

C.Adler requests additional orders to stop E.Musk from video voyeurism with satellite.

I declare under the penalty of perjury under the laws of the United States of America that the information above and all attachments is true and correct.

Date 10/29/21

Signature

# Attachment




## C.Adler & C.Boucher at E.Musk residence 10911 Chalon



\* C.Adler was disrespected by E.Musk with interception of communications and phone invasion therefore more information will be provided at trial.