LODGED

2:21-CV-8561-RGK-MAR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E TEMPE ST, LOS ANGELES,CA 90012

2021 OCT 29 AM 10: 58



TEMPORARY RESTRAINING ORDER WITH EX PARTE APPLICATION

Protected Person
Curtis Adler, 2150 Pickwick Dr 2771, Camarillo,CA 93011 (805) 392 0273
Relationship To Protected Person
Elon Musk, 50, 6'0, 06/28/1971, 10911 Chalon Rd, Los Angeles,CA 90077, 5845 Rr 14, Stargate,TX 78521 (310)497 7288

Relationship To Protected Person: C.Adler, 26, held a secret relationship with Claire Boucher,33, who is Elon Musk's son's, X AE V 12, mother.

This order expires at the end of the hearing scheduled for the date and time.

DATE:            TIME:

To Elon Musk

Personal Conduct Orders
You must not to do any of the following
- Capture, intercept, broadcast communications of C.Adler with satellite.
- Stalk, harass, intimidate, threaten, deprive of seclusion and confidentiality.
- Contact the person, either directly or indirectly, including sending people unknown to C.Adler.

Stay Away Order
You must stay at least 222 yards away from C.Adler.

No Weapon Order
  A. You cannot possess any guns.
  B. (1) You must sell it store guns with a licensed dealer.
     (2) File a receipt within 48 hours of recieving the order.

Other Orders
C.Adler requests additional orders to stop E.Musk from video voyeurism with satellite.

Mandatory entry of order into the Restraining and Protective Order System. The clerk will transmit this order and it's proof of service to a law enforcement agency to be entered into CARPOS.

No Fee To Serve Restrained Person.

The Marshalls should serve E.Musk about the orders for free because my request for order is based on interstate stalking and e.t.c. Irreparable injuries have occurred.

Date:

Judicial Officer:

Attachments:

# Attachment

 

## C.Adler & C.Boucher at E.Musk residence 10911 Chalon



\* C.Adler was disrespected by E.Musk with interception of communications and phone invasion therefore more information will be provided at trial.