2:21-cv-8561-RGK-MARx

**FILED**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E TEMPE ST, LOS ANGELES, CA 90012

2021 OCT 29  AM 10: 55

U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY: KMN

APPLICATION TO WAIVE COURT FEES AND COSTS

I request that the court fees and costs be waived because of the deprivation of my privileges secured by the constitution.

I certify and declare under the penalty of perjury under the laws of the United States of America that the information above and all attachments is true and correct.

Date 10/29/21

Signature