LODGED

Name: Curtis Adler
Address: 2180 Pickwick Dr 2771

Phone: (805) 392-0273
Fax:

In Pro Per

2021 OCT 29 AM 10: 55

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___KM___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Curtis Adler

Plaintiff
v.

Elon Musk
Space X

Defendant(s).

CASE NUMBER:
2:21-CV-8561-RGK-MARx

Order On Application To Waive Fees

(Enter document title in the space provided above)

The court has considered the motion and the motion is denied.
☐
Date: _____ USDJ _____

The court has considered the motion and the motion is GRANTED.
☐
Date _____ USDJ _____

Page Number

CV-127 (09/09)     PLEADING PAGE FOR A SUBSEQUENT DOCUMENT