FILED

Name: Curtis Adler
Address: 2150 Pickwick Dr 2771

Phone: (805)392-0273
Fax:

In Pro Per

2021 OCT 29  AM 10: 56

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____KMW_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Curtis Adler

Plaintiff
v.

Elon Musk, SpaceX

Defendant(s).

CASE NUMBER:
2:21-CV-8561-RGK-MARx

Proof Of Service
Ex Parte

( Enter document title in the space provided above)

I, Curtis Adler, declare as follows: my address is 2150 Pickwick Dr 2771, Camarillo, CA, 93011

On _____, the marshalls served the documents as:
Request For Civil Harassment Restraining Order
Temporary Restraining Order With Ex Parte Application
Civil Cover Sheet
Complaint with Cause of actions and attachment
Temporary Restraining Order Notice Of Hearing
Summons In a Civil Action

Page Number

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

# Proof of Service

This summons for Elon Musk was recieved by the Clerk on 10/29/21

Marshalls served the Summons on Elon Musk on _____ or returned the summons unexecuted because

Marshall, served at no costs or fees.

I declare under the penalty of perjury that the information is true

Date:

signature

Name