# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-08561-RGK-MAR | Date | November 1, 2021 |
| Title | *Curtis Adler v. Elon Musk et al* | | |

**Present: The Honorable**  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

Not Present  Not Present

**Proceedings:**  **(IN CHAMBERS) Order Striking Proof of Service [DE 4]**

Plaintiff filed a proof of service on October 29, 2021. (*See* ECF No. 4.) Proof of service must be filed only after documents have been served, and must include the following information:

    (a) The day and manner of service;
    (b) Each person and/or entity served;
    (c) The title of each document served; and
    (d) The method of service employed (e.g., personal mail, substituted, etc.).

C.D. Cal. L.R. 5-3.1.1-2.

Plaintiff's proof of service does not include any information about the day and manner of service or the persons served. Instead, it appears to function as a request to the Court to order a United States marshal to serve Defendants with the summons and complaint. Because the document fails to comply with the Local Rules, the Court **STRIKES** the proof of service.

**IT IS SO ORDERED.**

                                                                                                  :

Initials of Preparer