FILED

Curtis Adler _____ (Full Name)

_____ (Email Address)

501 E 6th Street _____ (Address Line 1)

Los Angeles, CA 90021 _____ (Address Line 2)

(805) 392-0275 _____ (Phone Number)

Adler, Curtis in Pro Per
(indicate Plaintiff or Defendant)

2021 NOV -3  AM 9: 26

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ___ (MC)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Adler, Curtis,

Plaintiff,

vs.

Musk, Elon

SpaceX

Defendant(s).

Case No.: 2:21-CV-08561 RGK-MAR

**PROOF OF SERVICE BY MAIL**

I, Adler, Curtis _____ , declare as follows:
(name of person serving documents)

My address is 501 E 8th Street Los Angeles, CA 90021

_____, which is located in the county where the mailing described below took place.

Revised: August 2011
Form Prepared by Public Counsel.
© 2011 Public Counsel. All rights reserved.

On **11/2/2021**, I served the document(s) described as:
(date of mailing)

Civil Harassment Order
(list the names of the documents you are mailing)

Complaint

Summons

Proof of Service

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in **Los Angeles, CA**,
(city and state of mailing)

addressed to:

Elon Musk (name)   Space X (name)
10911 Chalon Rd (address)   1 Rocket Rd (address)
Los Angeles, CA 90077 (address)   Hawthorne, CA 90250 (address)
_____ (address)   _____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/3/2021** at **Los Angeles**.
(date)    (city and state of signing)

_____ (sign)

Cwks Adler (print name)

4850-9234-4859, v. 3

2
Proof of Service by Mail