# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Curtis Adler <br><br> v. <br><br> Elon Musk et al <br><br> PLAINTIFF(S) / DEFENDANT(S) | **CASE NUMBER** <br> 2:21-cv-08561-RGK-MAR <br><br> ORDER RE REQUEST TO PROCEED <br> *IN FORMA PAUPERIS (Judge of this Court)* |

**MAGISTRATE JUDGE RECOMMENDATION:**

☐ The Request to Proceed *In Forma Pauperis* is not supported by an adequate showing of indigency. It is therefore recommended that the Request to Proceed *In Forma Pauperis* be denied on this basis. **This recommendation is not intended to preclude the district judge from reviewing additional reasons to deny or grant the request.**

☐ The Request to Proceed *In Forma Pauperis* is supported by an adequate showing of indigency.

☐ Comments: _____

_____    _____
Date                                          United States Magistrate Judge

---

**FOR DISTRICT JUDGE USE ONLY:**

☒ IT IS ORDERED that the Request to Proceed *In Forma Pauperis* be **GRANTED.**

12-16-21                              /s/ [signature]
Date                                          United States District Judge

☐ IT IS ORDERED that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency           ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous    ☐ Immunity as to _____
☐ Other: _____

Comments: _____

☐ **IT IS FURTHER ORDERED** that:

☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
☐ This case is hereby DISMISSED immediately.
☐ This case is hereby REMANDED to state court.

_____    _____
Date                                          United States District Judge