# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-08561-RGK-MAR | Date | December 20, 2021 |
|---|---|---|---|
| Title | *Curtis Adler v. Elon Musk et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Striking Proof of Service [DE 10]

Plaintiff Curtis Adler filed a proof of service on November 3, 2021, indicating that Curtis Adler served Defendants by mail. (*See* ECF No. 10.) Federal Rule of Civil Procedure 4 provides that only a person who is "not a party may serve a summons and complaint." Fed. R. Civ. P. 4. Because Plaintiff failed to comply with this requirement, the Court **STRIKES** the proof of service.

The Court notes that Plaintiff's proof of service indicates that he mailed a summons. However, there is no summons on the docket. The Court refers Plaintiff to Local Rule 4-1 to request issuance of the summons by the Clerk. The Court also refers Plaintiff to the pro se clinic for further guidance: https://prose.cacd.uscourts.gov/los-angeles.

**IT IS SO ORDERED.**

: 

Initials of Preparer