# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-08561-RGK-MAR | Date | April 11, 2022 |
|---|---|---|---|
| Title | *Curtis Adler v. Elon Musk et al* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          **(IN CHAMBERS) Order to Show Cause**

It appears Plaintiff has not properly served Defendants, despite having filed his case almost six months ago. (*See* Compl., ECF No. 1.) "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant . . . ." Fed. R. Civ. P. 4(m). Because Plaintiff has failed to timely serve Defendants, the Court orders Plaintiff to show cause, in writing, as to why this case should not be dismissed for lack of prosecution. Any response shall be filed no later than Friday, April 15, 2022 at 12:00 PM.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer          jre/k