JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-08561-RGK-MAR | Date | April 15, 2022 |
|---|---|---|---|
| Title | *Curtis Adler v. Elon Musk et al* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendant:

Not Present   Not Present

**Proceedings:**   **(IN CHAMBERS) Order of Dismissal**

Plaintiff failed to timely serve Defendants and failed to respond to the Court's order to show cause as to why this cause should not be dismissed for lack of prosecution. (*See* ECF No. 13.) The Court therefore must dismiss this case. *See* Fed. R. Civ. P. 4(m). The case is accordingly **DISMISSED**.

**IT IS SO ORDERED.**

                                                              :
Initials of Preparer          jre/k